| | | |
|---|---|---|
| **DEON DANNA** | * | **NO. 2020-CA-0116** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **THE RITZ-CARLTON HOTEL COMPANY, L.L.C.,** | * | **FOURTH CIRCUIT** |
| **MARRIOTT INTERNATIONAL, INC.,** | * | **STATE OF LOUISIANA** |
| **RUSSELL MILLER, AND ZACHARY CURRY** | * | |
| | * | |

**\* \* \* \* \* \* \***

| | |
|---|---|
| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |
| **DEON DANNA** | **NO. 2020-C-0187** |
| **VERSUS** | |
| **THE RITZ-CARLTON HOTEL COMPANY, L.L.C., MARRIOTT INTERNATIONAL, INC., RUSSELL MILLER AND ZACHARY CURRY** | |
| **CONSOLIDATED WITH:** | **CONSOLIDATED WITH:** |
| **DEON DANNA** | **NO. 2020-CA-0318** |
| **VERSUS** | |
| **THE RITZ-CARLTON HOTEL COMPANY, L.L.C., MARRIOTT INTERNATIONAL, INC., RUSSELL MILLER AND ZACHARY CURRY** | |

*JCL*  **LOBRANO, J., CONCURS IN THE RESULT**